IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dirk Christianson,<br><br>          Plaintiff,<br><br>     v.<br><br>McLean County, a Political Subdivision of the State of North Dakota; Underwood Clinic, P.C. d/b/a Washburn Clinic; Jerry "J.R." Kerzmann, individually, and as Sheriff of McLean County; Kerri Benning, FNP-C, individually, and as Health Care Authority; Ashley Brossart, RN, individually, and as Contract Nurse; John Doe 1-4, individually, and as McLean County Correctional Officers; John Doe 5-8, individually, and as McLean County Detention Center Medical Staff,<br><br>          Defendants | **ORDER**<br><br><br><br><br><br>Case No. 1:21-cv-073 |

Before the court is a "Second Stipulation to Amend Scheduling/Discovery Plan" filed by the parties on February 27, 2023. (Doc. No. 60). The court **ADOPTS** the parties' stipulation (Doc. No. 60) and **AMENDS** the pretrial deadlines as follows:

(1)   All fact discovery will be completed by the following deadline, with all written discovery to be served a minimum of thirty (30) days prior to the deadline: April 1, 2023.

(2)   The parties shall have until April 15, 2023, to file discovery motions.

(3)   The deadlines for exchanging complete expert witness reports are:

   (a)   April 15, 2023, for Plaintiff; and

   (b)   May 15, 2023, for Defendants.

(4)   The parties shall have until June 15, 2023, to complete discovery depositions of

expert witnesses.

(5)	The parties shall have until July 15, 2023, to file dispositive motions.

To ensure there is sufficient time for consideration of any dispostive motions filed by the parties, the court shall, on its own motion, continue the final pretrial conference and trial.  Accordingly, the final pretrial conference set for October 2, 2023, shall be rescheduled for April 9, 2024, at 9:00 AM.  To participate in the final pretrial conference, the parties should call (877) 810-9415 and enter access code 8992581.  The jury trial set for October 16, 2023, shall be rescheduled for April 22, 2024, at 9:00 AM in Bismarck before Judge Hovland (Eagle Courtroom). A seven (7) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 28th day of February, 2023.

>	*/s/ Clare R. Hochhalter*
>	Clare R. Hochhalter, Magistrate Judge
>	United States District Court